IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN F. GARDNER, and<br>TAMMY L. GARDNER,<br><br>     Plaintiff,<br><br>vs,<br><br>FIRST CLOVER LEAF BANK<br>Successor in Interest to First Federal<br>Savings and Loan Association of<br>Edwardsville, and FIRST CLOVER<br>LEAF FINANCIAL CORP., FIRST<br>MID ILLINOIS BANCSHARES,<br>INC., as Successor to First Clover<br>Leaf Bank, FIRST MID-ILLINOIS<br>BANK & TRUST, N.A. as Successor<br>to First Clover Leaf Bank,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)    Case No. 17-cv-35-MJR-DGW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR VOLUNTARY DISMISSAL

COMES NOW Plaintiffs, Steven F. Gardner and Tammy L. Gardner, and

Defendants, First Cloverleaf Bank, First Clover Leaf Financial Corp., First Mid-

Illinois Bancshares, Inc., and First Mid-Illinois Bank & Trust, N.A. and hereby

notify the Court that the Parties have settled all matters between them in full. The

Parties hereby stipulate to dismiss this action with each party to bear its own costs.

Respectfully submitted,

By:         s/ Thomas R. Ysursa
                  Thomas R. Ysursa #6257701

Attorney for Plaintiffs
5111 West Main Street
Belleville, Illinois 62226
Telephone: 618-235-0020
Facsimile: 618-235-8558
Email: try@bhtylaw.com


By: __s/ David L. Antognoli__ (with consent)_____
David L. Antognoli
Goldenberg Heller & Antognoli, P.C.
Attorneys for Defendants
2227 South State Route 157
P.O. Box 959
Edwardsville, IL  62025
Telephone    618.656.5150
Facsimile    618.656.6230
Email: david@ghalaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2017, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to parties of record

_____s/ Tonya Loehring_____