IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN F. GARDNER, and<br>TAMMY L. GARDNER,<br><br>    Plaintiff,<br><br>vs,<br><br>FIRST CLOVER LEAF BANK<br>Successor in Interest to First Federal<br>Savings and Loan Association of<br>Edwardsville, and FIRST CLOVER<br>LEAF FINANCIAL CORP., FIRST<br>MID ILLINOIS BANCSHARES,<br>INC., as Successor to First Clover<br>Leaf Bank, FIRST MID-ILLINOIS<br>BANK & TRUST, N.A. as Successor<br>to First Clover Leaf Bank,<br><br>    Defendants. | Case No. 17-cv-35-MJR-DGW |

## JOINT MOTION FOR RELIEF FROM JUDGMENT OR ORDER PURSUANT TO FED.R.CIV.P. 60(a) AND TO RE-ENTER STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, Steven F. Gardner and Tammy L. Gardner, and Defendants, First Cloverleaf Bank, First Clover Leaf Financial Corp., First Mid-Illinois Bancshares, Inc., and First Mid-Illinois Bank & Trust, N.A., and for their Joint Motion for Relief from Judgment or Order Pursuant to Fed.R.Civ.P. 60(a) and to Re-Enter Stipulation for Dismissal with Prejudice, state as follows:

1. The Parties settled this matter and on September 13, 2017 filed a Stipulation of Dismissal. See Doc. 31.

2. The Stipulation of Dismissal inadvertently did not include a request that the dismissal be with prejudice.

3.     On September 15, 2017, the Court entered an Order stating that the Stipulation for Dismissal "effected the dismissal of this suit, without prejudice." See Doc. 32.

4.     The Parties now move jointly pursuant to Rule 60(a) for relief from the September 13, 2015 Stipulation for Dismissal and September 15, 2017 order and request that the Court correct the Stipulation for Dismissal by re-entering the Stipulation for Dismissal with prejudice and order of dismissal with prejudice.  A copy of the proposed Stipulation for Dismissal with prejudice has been submitted to the Court pursuant to the procedures set forth in Local Rule 15.1.

5.     Plaintiffs request that, to the extent necessary, this honorable Court consider this portion of this motion as a voluntary dismissal with prejudice pursuant to 41(a)(1)(A)(i) with each party is to bear its own costs of suit.

WHEREFORE, Plaintiffs, Steven F. Gardner and Tammy L. Gardner, and Defendants, First Cloverleaf Bank, First Clover Leaf Financial Corp., First Mid-Illinois Bancshares, Inc., and First Mid-Illinois Bank & Trust, N.A., pray that this Honorable Court grant their Joint Motion for Relief of Judgment or Order Pursuant to Fed.R.Civ.P. 60(a) and to Re-Enter the proposed Stipulation for Dismissal with Prejudice, correct the order of dismissal of this action to reflect a dismissal with prejudice with each party to bear its own costs of suit, and for such further relief as this honorable Court deems just and proper.

Respectfully submitted,

By:_____s/ Thomas R. Ysursa_____
Thomas R. Ysursa #6257701

Attorney for Plaintiffs
5111 West Main Street
Belleville, Illinois 62226
Telephone: 618-235-0020
Facsimile: 618-235-8558
Email: try@bhtylaw.com



By: __s/ David L. Antognoli  (with consent)_____
David L. Antognoli , #03125950
Goldenberg Heller & Antognoli, P.C.
Attorneys for Defendants
2227 South State Route 157
P.O. Box 959
Edwardsville, IL  62025
Telephone    618.656.5150
Facsimile     618.656.6230
Email: david@ghalaw.com



### CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2018, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to parties of record

                                        s/ Tonya Loehring